IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO DESHUN SARTIN                                              PLAINTIFF
ADC #128441

v.                            5:13-cv-227-DPM-JTR

RAY HOBBS                                                          DEFENDANT
Director of Arkansas Department of Correction

ORDER

I recuse. I was serving on the Arkansas Court of Appeals when that Court certified his direct appeal to the Arkansas Supreme Court. The Clerk will make a random assignment of this case.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  5 August 2013