# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANTONIO SARTIN                                                                                  PETITIONER
ADC #128441

V.                                    NO. 5:13cv00227-SWW-JTR

RAY HOBBS, Director,                                                                         RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 30th day of December 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE